# "EXHIBIT    A"

U.S. Department of Homeland Security

# Notice to Appear

## In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID: 351318975        FINS: 1055151387

DOB: 12/31/1990

File No: 097 928 095
Event No: KRO1510000103

In the Matter of:

Respondent:  KEVIN TELLADO                                          currently residing at:

1226 SW 113 TERRACE Apt 202, PEMBROKE PINES, FLORIDA, 33025        (786) 205-4526
(Number, street, city and ZIP code)                               (Area code and phone number)

- [ ] 1. You are an arriving alien.
- [ ] 2. You are an alien present in the United States who has not been admitted or paroled.
- [x] 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
    See Continuation Page Made a Part Hereof

RECEIVED
DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE
FOR IMMIGRATION REVIEW
IMMIGRATION COURT-KROME
MIAMI, FLORIDA
2014 OCT 15 AM 11:35

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
    See Continuation Page Made a Part Hereof

- [ ] This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.
- [ ] Section 235(b)(1) order was vacated pursuant to: [ ] 8CFR 208.30(f)(2) [ ] 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
TO BE SET

KROME SPC
18201 S.W. 12th St.
Miami, FL 33194

(Complete Address of Immigration Court, including Room Number, if any)

on To be set.        at To be set.        to show why you should not be removed from the United States based on the
(Date)                (Time)

| Alien's Name KEVIN TELLADO | File Number 097 920 095 Event No: KRO1510000103 | Date 10/14/2014 |
|---|---|---|

THE SERVICE ALLEGES THAT YOU:
--------------------------------

1. You are not a citizen or national of the United States;

2. You are a native of Argentina and a citizen of Argentina;

3. You were on, December 11th, 2003, admitted to the United States at or near Miami, Florida as a B2 Temporary Visitor for Pleasure not to exceed 6 months;

4. You adjusted to that of a Lawful Permanent Resident, on July 03rd, 2007, (E30);

5. You were on, February 25th, 2014, convicted in the Circuit Court of the Eleventh (11th) Judicial Circuit in and for Miami Dade County, Florida for Count (1), Controlled Substance/Sell/Man/Del/Poss/W/Intent, in violation of Florida Statute 893.13(1)(A)1 and Count (2) Controlled Substance/Sell/Man/Del/10Gr>/Conspiracy, in violation of Florida Statute 893.13(1)(B), for which you received a sentenced two (2) years of community control followed by four (4) years of probation. Case: F-13-004039C.


ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
Section 237(a)(2)(B)(i) of the Immigration and Nationality Act, as amended, in that, at any time after admission, you have been convicted of a violation of (or a conspiracy or attempt to violate) any law or regulation of a State, the United States, or a foreign country relating to a controlled substance (as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. 802), other than a single offense involving possession for one's own use of 30 grams or less of marijuana.

| Signature | | Title | |
|---|---|---|---|
| MICHAEL HORNETT | | | SDDO |

**Notice to Respondent**

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If so you choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, Immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

**Request for Prompt Hearing**

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before:

_____
(Signature of Respondent)

_____
(Signature and Title of Immigration Officer)                                      Date: _____

**Certificate of Service**

This Notice To Appear was served on the respondent by me on <u>October 14, 2014</u>, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

☒ in person                    ☐ by certified mail, returned receipt requested                    ☐ by regular mail

☐ Attached is a credible fear worksheet.

☒ Attached is a list of organization and attomeys which provide free legal services.

The alien was provided oral notice i...

NOTICE OF CUSTODY DETERMINATION

Alien's Name: TELLADO, KEVIN

A-File Number: 097 928 095

Date: 10/14/2014

Event ID: KRO1510000103

Subject ID: 351318975

---

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

[x] Detained by the Department of Homeland Security.

[ ] Released (check all that apply):

    [ ] Under bond in the amount of $ *NO BOND*

    [ ] On your own recognizance.

    [ ] Under other conditions. [Additional document(s) will be provided.]

HORNETT, MICHAEL
Name and Signature of Authorized Officer

10/14/2014 11:42 AM
Date and Time of Custody Determination

SDDO
Title

ICE ERO KROME Detention Facility 18201 SW  Sec I-831
Office Location/Address

---

You may request a review of this custody determination by an immigration judge.

    [x] I acknowledge receipt of this notification, and

        [x] I do request an immigration judge review of this custody determination.

        [ ] I do not request an immigration judge review of this custody determination.

Signature of Alien

10/14/14
Date

---

The contents of this notice were read to TELLADO, KEVIN in the ENGLISH *AND SPANISH* language.
(Name of Alien)                                                                 (Name of Language)

ANGULO, R
Name and Signature of Officer

*ELA*
Name or Number of Interpreter (if applicable)

DEPORTATION OFFICER
Title

# "E X H I B I T      B"





# "E X H I B I T     C"

IMMIGRATION COURT
18201 S.W. 12TH ST
MIAMI, FL  33194

In the Matter of

TELLADO, KEVIN                           Case No.: A097-928-095
        Respondent

                                    IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on *Nov 13, 2014*
This memorandum is solely for the convenience of the parties.  If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.
[ ]  The respondent was ordered removed from the United States to
       or in the alternative to .
[ ]  Respondent's application for voluntary departure was denied and
       respondent was ordered removed to  or in the
       alternative to .
[ ]  Respondent's application for voluntary departure was granted until
        upon posting a bond in the amount of $ _____
       with an alternate order of removal to .
Respondent's application for:
[ ]  Asylum was ( )granted ( )denied( )withdrawn.
[ ]  Withholding of removal was ( )granted ( )denied ( )withdrawn.
[ ]  A Waiver under Section _____ was ( )granted ( )denied ( )withdrawn.
[ ]  Cancellation of removal under section 240A(a) was ( )granted ( )denied
       ( )withdrawn.
Respondent's application for:
[ ]  Cancellation under section 240A(b)(1) was ( ) granted  ( ) denied
       ( ) withdrawn.  If granted, it is ordered that the respondent be issued
       all appropriate documents necessary to give effect to this order.
[ ]  Cancellation under section 240A(b)(2) was ( )granted ( )denied
       ( )withdrawn.  If granted it is ordered that the respondent be issued
       all appropriated documents necessary to give effect to this order.
[ ]  Adjustment of Status under Section _____ was ( )granted ( )denied
       ( )withdrawn.  If granted it is ordered that the respondent be issued
            all appropriated documents necessary to give effect to this order.
[ ]  Respondent's application of ( ) withholding of removal  ( ) deferral of
       removal under Article III of the Convention Against Torture was
       ( ) granted ( ) denied ( ) withdrawn.
[ ]  Respondent's status was rescinded under section 246.
[ ]  Respondent is admitted to the United States as a _____ until _____.
[ ]  As a condition of admission, respondent is to post a $ _____ bond.
[ ]  Respondent knowingly filed a frivolous asylum application after proper
       notice.
[ ]  Respondent was advised of the limitation on discretionary relief for
       failure to appear as ordered in the Immigration Judge's oral decision.
[ ]  Proceedings were terminated.
[ ]  Other: _____
     Date:  Nov 13, 2014

                                        JOHN OPACIUCH

ALIEN NUMBER: 097-928-095      NAME: TELLADO, KEVIN

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] DHS
DATE: _____  BY: COURT STAFF _____
        Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

Q6

# "EXHIBIT     D"



# Application for Naturalization

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form N-400**
OMB No. 1615-0052
Expires 03/31/2019

| For USCIS Use Only | Date Stamp | Receipt | Action Block |
|---|---|---|---|
| | | | |

**Remarks**

▶ **START HERE - Type or print in black ink.** Type or print "N/A" if an item is not applicable or the answer is none, unless otherwise indicated. Failure to answer all of the questions may delay U.S. Citizenship and Immigration Services (USCIS) processing your Form N-400. **NOTE: You must complete Parts 1. - 15.**

If your biological or legal adoptive mother or father is a U.S. citizen by birth, or was naturalized before you reached your 18th birthday, you may already be a U.S. citizen. Before you consider filing this application, please visit the USCIS Website at www.uscis.gov for more information on this topic and to review the instructions for Form N-600, Application for Certificate of Citizenship, and Form N-600K, Application for Citizenship and Issuance of Certificate Under Section 322.

**NOTE:** Are either of your parents a United States citizen? If you answer "Yes," then complete **Part 6. Information About Your Parents** as part of this application. If you answer "No," then skip **Part 6.** and go to **Part 7. Biographic Information.**

## Part 1. Information About Your Eligibility (Select only one box or your Form N-400 may be delayed)

**Enter Your 9 Digit A-Number:**
▶ A- | 0 | 9 | 7 | 9 | 2 | 8 | 0 | 9 | 5 |

1.  You are at least 18 years of age **and:**

   A.  [X] Have been a lawful permanent resident of the United States for at least 5 years.

   B.  [ ] Have been a lawful permanent resident of the United States for at least 3 years. In addition, you have been married to and living with the same U.S. citizen spouse for the last 3 years, **and** your spouse has been a U.S. citizen for the last 3 years at the time you filed your Form N-400.

   C.  [ ] Are a lawful permanent resident of the United States **and** you are the spouse of a U.S. citizen **and** your U.S. citizen spouse is regularly engaged in specified employment abroad. (See the Immigration and Nationality Act (INA) section 319(b).) If your residential address is outside the United States and you are filing under Section 319(b), select the USCIS Field Office from the list below where you would like to have your naturalization interview:

   D.  [ ] Are applying on the basis of qualifying military service.

   E.  [ ] Other (Explain):

## Part 2. Information About You (Person applying for naturalization)

1.  Your Current Legal Name (**do not provide a nickname**)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| Tellado | Kevin | M. |

2.  Your Name Exactly As It Appears on Your Permanent Resident Card (if applicable)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| Tellado | Kevin | M. |

## Part 2. Information About You (Person applying for naturalization) (continued)

A- | 0 | 9 | 7 | 9 | 2 | 8 | 0 | 9 | 5 |

3. Other Names You Have Used Since Birth (include nicknames, aliases, and maiden name, if applicable)

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| NA | | |

4. Name Change (Optional)

**Read the Form N-400 Instructions before you decide whether or not you would like to legally change your name.**

Would you like to legally change your name?  ☐ Yes ☒ No

If you answered "Yes," type or print the new name you would like to use in the spaces provided below.

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

5. U.S. Social Security Number (if applicable) ▶ | 5 | 9 | 1 | 3 | 3 | 6 | 7 | 0 | 0 |

6. USCIS Online Account Number (if any) ▶ | | | | | | | | | | | |

7. Gender  ☒ Male  ☐ Female

8. Date of Birth (mm/dd/yyyy)  12/31/1990

9. Date You Became a Lawful Permanent Resident (mm/dd/yyyy)  07/03/2007

10. Country of Birth  Argentina

11. Country of Citizenship or Nationality  Argentina

12. Do you have a physical or developmental disability or mental impairment that prevents you from demonstrating your knowledge and understanding of the English language and/or civics requirements for naturalization?  ☐ Yes ☒ No

If you answered "Yes," submit a completed Form N-648, Medical Certification for Disability Exceptions, when you file your Form N-400.

13. Exemptions from the English Language Test

A. Are you **50** years of age or older **and** have you lived in the United States as a lawful permanent resident for periods totaling at least **20** years at the time you file your Form N-400?  ☐ Yes ☒ No

B. Are you **55** years of age or older **and** have you lived in the United States as a lawful permanent resident for periods totaling at least **15** years at the time you file your Form N-400?  ☐ Yes ☒ No

C. Are you **65** years of age or older **and** have you lived in the United States as a lawful permanent resident for periods totaling at least **20** years at the time you file your Form N-400?  (If you meet this requirement, you will also be given a simplified version of the civics test.)  ☐ Yes ☒ No

## Part 3. Accommodations for Individuals With Disabilities and/or Impairments

**NOTE:** Read the information in the Form N-400 Instructions before completing this part.

1. Are you requesting an accommodation because of your disabilities and/or impairments?  ☐ Yes ☒ No

If you answered "Yes," select any applicable box.

A. ☐ I am deaf or hard of hearing and request the following accommodation.  (If you are requesting a sign-language interpreter, indicate for which language (for example, American Sign Language).)

| |
|---|

B. ☐ I am blind or have low vision and request the following accommodation:

| |
|---|

## Part 3. Accommodations for Individuals With Disabilities and/or Impairments (continued)

A- | 0 | 9 | 7 | 9 | 2 | 8 | 0 | 9 | 5

C. ☐ I have another type of disability and/or impairment (for example, use a wheelchair). (Describe the nature of your disability and/or impairment and the accommodation you are requesting.)

## Part 4. Information to Contact You

1. Daytime Telephone Number
786 205-4526

2. Work Telephone Number (if any)

3. Evening Telephone Number

4. Mobile Telephone Number (if any)
786 205-4526

5. Email Address (if any)
vaporartillery@gmail.com

## Part 5. Information About Your Residence

1. Where have you lived during the last five years? Provide your most recent residence and then list every location where you have lived during the last five years. If you need extra space, use additional sheets of paper.

   A. Current Physical Address

   Street Number and Name
   14195 Old Sheridan Street

   Apt. ☐ Ste. ☐ Flr. ☐ Number

   | City or Town | County | State | ZIP Code + 4 |
   |---|---|---|---|
   | Pembroke Pines | | FL | 33026 - |

   Province or Region (foreign address only)

   Postal Code (foreign address only)

   Country (foreign address only)

   Dates of Residence

   From (mm/dd/yyyy)
   04/01/2017

   To (mm/dd/yyyy)
   Present

   B. Current Mailing Address (if different from the address above)

   In Care Of Name (if any)

   Street Number and Name
   14195 Old Sheridan Street

   Apt. ☐ Ste. ☐ Flr. ☐ Number

   | City or Town | County | State | ZIP Code + 4 |
   |---|---|---|---|
   | Southwest Ranches | Broward | FL | 33330 - |

   Province or Region (foreign address only)

   Postal Code (foreign address only)

   Country (foreign address only)

## Part 5. Information About Your Residence (continued)

A- 0 9 7 9 2 8 0 9 5

**C.** Physical Address 2

Street Number and Name

| | Apt. | Ste. | Flr. | Number |
|---|---|---|---|---|
| 8040 SW 178 Street | ☐ | ☐ | ☐ | |

| City or Town | County | State | ZIP Code + 4 |
|---|---|---|---|
| Miami | | FL | 33157 - |

| Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only) |
|---|---|---|
| | | |

Dates of Residence

| From (mm/dd/yyyy) | To (mm/dd/yyyy) |
|---|---|
| 01/01/2011 | 04/01/2017 |

**D.** Physical Address 3

Street Number and Name

| | Apt. | Ste. | Flr. | Number |
|---|---|---|---|---|
| | ☐ | ☐ | ☐ | |

| City or Town | County | State | ZIP Code + 4 |
|---|---|---|---|
| | | | - |

| Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only) |
|---|---|---|
| | | |

Dates of Residence

| From (mm/dd/yyyy) | To (mm/dd/yyyy) |
|---|---|
| | |

**E.** Physical Address 4

Street Number and Name

| | Apt. | Ste. | Flr. | Number |
|---|---|---|---|---|
| | ☐ | ☐ | ☐ | |

| City or Town | County | State | ZIP Code + 4 |
|---|---|---|---|
| | | | - |

| Province or Region (foreign address only) | Postal Code (foreign address only) | Country (foreign address only) |
|---|---|---|
| | | |

Dates of Residence

| From (mm/dd/yyyy) | To (mm/dd/yyyy) |
|---|---|
| | |

## Part 6. Information About Your Parents

**If neither one of your parents is a United States citizen, then skip this part and go to Part 7.**

1. Were your parents married before your 18th birthday?   ☒ Yes   ☐ No

### Information About Your Mother

2. Is your mother a U.S. citizen?   ☐ Yes   ☒ No

   If you answered "Yes," complete the following information.  If you answered "No," go to Item Number 3.

## Part 6. Information About Your Parents (continued)

A- 0 9 7 9 2 8 0 9 5

A. Current Legal Name of U.S. Citizen Mother

Family Name (Last Name)

Given Name (First Name)

Middle Name (if applicable)

B. Mother's Country of Birth

C. Mother's Date of Birth (mm/dd/yyyy)

D. Date Mother Became a U.S. Citizen (if known) (mm/dd/yyyy)

E. Mother's A-Number (if any)

► A-

## Information About Your Father

3. Is your father a U.S. citizen?   ☒ Yes   ☐ No

If you answered "Yes," complete the information below. If you answered "No," go to **Part 7.**

A. Current Legal Name of U.S. Citizen Father

Family Name (Last Name)

Tellado

Given Name (First Name)

Dario

Middle Name (if applicable)

Ernesto

B. Father's Country of Birth

Argentina

C. Father's Date of Birth (mm/dd/yyyy)

08/07/1960

D. Date Father Became a U.S. Citizen (if known) (mm/dd/yyyy)

E. Father's A-Number (if any)

► A-

## Part 7. Biographic Information

**NOTE:** USCIS requires you to complete the categories below to conduct background checks. (See the Form N-400 Instructions for more information.)

1. Ethnicity (Select **only one** box)
   ☒ Hispanic or Latino   ☐ Not Hispanic or Latino

2. Race (Select **all applicable** boxes)
   ☒ White   ☐ Asian   ☐ Black or African American   ☐ American Indian or Alaska Native   ☐ Native Hawaiian or Other Pacific Islander

3. Height   Feet 5   Inches 10   4. Weight   Pounds 1 5 0

5. Eye color (Select **only one** box)
   ☐ Black   ☐ Blue   ☐ Brown   ☐ Gray   ☒ Green   ☐ Hazel   ☐ Maroon   ☐ Pink   ☐ Unknown/Other

6. Hair color (Select **only one** box)
   ☐ Bald (No hair)   ☐ Black   ☐ Blond   ☒ Brown   ☐ Gray   ☐ Red   ☐ Sandy   ☐ White   ☐ Unknown/Other

## Part 8. Information About Your Employment and Schools You Attended

A- 0 9 7 9 2 8 0 9 5

List where you have worked or attended school full time or part time during the last five years. Provide information for the complete time period. Include all military, police, and/or intelligence service. Begin by providing information about your most recent or current employment, studies, or unemployment (if applicable). Provide the locations and dates where you worked, were self-employed, were unemployed, or have studied for the last five years. If you worked for yourself, type or print "self-employed." If you were unemployed, type or print "unemployed." If you need extra space, use additional sheets of paper.

**1.** Employer or School Name

VPRART, LLC

Street Number and Name

7262 NW 33 Street

Apt. ☐  Ste. ☐  Flr. ☐  Number

City or Town

Miami

State

FL

ZIP Code + 4

33122 -

Province or Region
(foreign address only)

Postal Code
(foreign address only)

Country
(foreign address only)

Date From (mm/dd/yyyy)

07/30/2013

Date To (mm/dd/yyyy)

present

Your Occupation

Owner

**2.** Employer or School Name

Unemployed

Street Number and Name

Apt. ☐  Ste. ☐  Flr. ☐  Number

City or Town

State

ZIP Code + 4

-

Province or Region
(foreign address only)

Postal Code
(foreign address only)

Country
(foreign address only)

Date From (mm/dd/yyyy)

02/19/2013

Date To (mm/dd/yyyy)

07/30/2013

Your Occupation

Unemployed

**3.** Employer or School Name

Street Number and Name

Apt. ☐  Ste. ☐  Flr. ☐  Number

City or Town

State

ZIP Code + 4

-

Province or Region
(foreign address only)

Postal Code
(foreign address only)

Country
(foreign address only)

Date From (mm/dd/yyyy)

Date To (mm/dd/yyyy)

Your Occupation

## Part 9. Time Outside the United States

A- [0] [9] [7] [9] [2] [8] [0] [9] [5]

1. How many **total days (24 hours or longer)** did you spend outside the United States during the last 5 years? [0] days

2. How many trips of **24 hours or longer** have you taken outside the United States during the last 5 years? [0] trips

3. List below all the trips of **24 hours or longer** that you have taken outside the United States during the last 5 years. Start with your most recent trip and work backwards. If you need extra space, use additional sheets of paper.

| Date You Left the United States (mm/dd/yyyy) | Date You Returned to the United States (mm/dd/yyyy) | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Outside the United States |
|---|---|---|---|---|
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |

## Part 10. Information About Your Marital History

1. What is your current marital status?

   [X] Single, Never Married   ☐ Married   ☐ Divorced   ☐ Widowed   ☐ Separated   ☐ Marriage Annulled

   If you are single and have **never** married, go to **Part 11.**

2. If you are married, is your spouse a current member of the U.S. armed forces? ☐ Yes ☐ No

3. How many times have you been married (including annulled marriages, marriages to other people, and marriages to the same person)? [0]

4. If you are married now, provide the following information about your current spouse.

   A. Current Spouse's Legal Name

   | Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
   |---|---|---|
   | | | |

   B. Current Spouse's Previous Legal Name

   | Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
   |---|---|---|
   | | | |

   C. Other Names Used by Current Spouse (include nicknames, aliases, and maiden name, if applicable)

   | Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
   |---|---|---|
   | | | |

   D. Current Spouse's Date of Birth (mm/dd/yyyy)     E. Date You Entered into Marriage with Current Spouse (mm/dd/yyyy)

**Part 10.  Information About Your Marital History (continued)**   A-| 0 | 9 | 7 | 9 | 2 | 8 | 0 | 9 | 5 |

F.  Current Spouse's Present Home Address

Street Number and Name

Apt.  Ste.  Flr.  Number

☐    ☐    ☐

City or Town          County          State     ZIP Code + 4

-

Province or Region          Postal Code          Country
(foreign address only)       (foreign address only)       (foreign address only)

G.  Current Spouse's Current Employer or Company

5.  Is your current spouse a U.S. citizen?                    ☐ Yes  ☐ No

If you answered "Yes," answer **Item Number 6.**  If you answered "No," go to **Item Number 7.**

6.  If your current spouse is a U.S. citizen, complete the following information.

A.  When did your current spouse become a U.S. citizen?
☐ At Birth - Go to **Item Number 8.**   ☐ Other - Complete the following information.

B.  Date Your Current Spouse Became
a U.S. Citizen (mm/dd/yyyy)

7.  If your current spouse is not a U.S. citizen, complete the following information.

A.  Current Spouse's Country of Citizenship or Nationality   B.  Current Spouse's A-Number (if any)

▶ A- | | | | | | | | |

C.  Current Spouse's Immigration Status
☐ Lawful Permanent Resident  ☐ Other (Explain):

8.  How many times has your current spouse been married (including annulled marriages, marriages to
other people, and marriages to the same person)?  If your current spouse has been married before,
provide the following information about your current spouse's prior spouse.

If your current spouse has had more than one previous marriage, provide that information on additional sheets of paper.

A.  Legal Name of My Current Spouse's Prior Spouse

Family Name (Last Name)          Given Name (First Name)          Middle Name (if applicable)

B.  Immigration Status of My Current Spouse's Prior Spouse (if known)
☐ U.S. Citizen  ☐ Lawful Permanent Resident  ☐ Other (Explain):

C.  Date of Birth of My Current Spouse's   D.  Country of Birth of My Current Spouse's
Prior Spouse (mm/dd/yyyy)                  Prior Spouse

E.  Country of Citizenship or Nationality of My Current
Spouse's Prior Spouse

# "E X H I B I T    E"

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt | NOTICE DATE<br>July 12, 2018 |
|---|---|
| CASE TYPE<br>N-400, Application for Naturalization | USCIS A#<br>A097928095 |

| RECEIPT NUMBER<br>IOE0904972123 | RECEIVED DATE<br>July 09, 2018 | PRIORITY DATE<br>July 09, 2018 | PAGE<br>1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS

KEVIN M. TELLADO
C/O JULIO GUTIERREZ LAW OFFICE OF JULIO GUTIERREZ
2464 SW 137 AVENUE
MIAMI, FL 33175

**PAYMENT INFORMATION:**

Single Application Fee:  $725.00

Total Balance Due:  $0.00



The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:         December 31, 1990
Address Where You Live: KEVIN M. TELLADO
                       14195 OLD SHERIDAN STREET
                       PEMBROKE PINES, FL  33026

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

Upon receipt of all required Record Checks, you will be scheduled to appear for an interview at your local USCIS field office.

RECEIVED
JUL 19 2018
BY:

For more information about the naturalization process and eligibility requirements, please read *A Guide to Naturalization* (M-476). USCIS also has a free booklet to help study for the naturalization test. Ask about *Learn About the United States: Quick Civics Lessons* when you go to have your fingerprints taken at the Application Support Center.

You can get a copy of the Guide, the Quick Civics Lessons booklet, and other civics and citizenship study materials from the USCIS website (www.uscis.gov). You can also visit the USCIS website to find valuable information about forms and filing instructions, and about general immigration services and benefits.

If you have additional questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS National Benefits Center
P. O. Box 648005
Lee's Summit, MO  64002
Attention:  N-400 Naturalization Applications

**USCIS Customer Service Number:**

(800)375-5283
ATTORNEY COPY





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  07/11/14  Y

# "EXHIBIT     F"

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE0904972123 | 078919323791 | N400 - APPLICATION FOR NATURALIZATION |

| Received Date | Priority Date | Applicant |
|---|---|---|
| 07/12/2018 | | A097 928 095<br>KEVIN M TELLADO |

| Notice Date | Page | |
|---|---|---|
| 10/24/2018 | 1 of 1 | |

KEVIN M TELLADO
c/o JULIO NMN GUTIERREZ
LAW OFFICE OFJULIO GUTIERREZ P
2464 SW 137 AVENUE
MIAMI FL 33175

**Please come to:**

5880 NW 183rd Street, MAIN LOBBY
1ST FLOOR
HIALEAH, FL 33015

**On (Date):** Monday, December 10, 2018
**At (Time):** 07:50AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the U.S. Citizenship and Immigration Services (USCIS) office address listed above with your explanation and a request for a new appointment, otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card ("green card").
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center toll free at 1-800-375-5283. If you are hearing impaired, please call the USCIS Contact Center TDD at 1-800-767-1833.

USCIS has a free booklet to help you study for the naturalization test. Ask about 'Learn About the United States: Quick Civics Lessons' when you go to have your fingerprints taken at the Application Support Center.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648004
Lee's Summit MO 64064

**USCIS Contact Center: 1-800-375-5283**



| A Number | Receipt Number |
|---|---|

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  06/07/18

"EXHIBIT      G"

2/21/2019                                    myUSCIS - Your Appointment Confirmation

U.S. Citizenship and Immigration
Services

# Appointment Details

Customer: Kevin Tellado

**Your USCIS office**

**Hialeah Field Office**
5880 NW 183RD STREET
Hialeah, FL 33015

**Date**
03-06-
2019

**Time**
09:15 AM

**This is the only time that we will provide you with your Personal Identification Number (PIN). Keep your PIN and confirmation letter in a safe place in case you have to reschedule or cancel your appointment.**

Confirmation Number:

## HIA-19-4934



PIN:

## 98091

Attention: • It is recommended that InfoPass appointments be scheduled with the field office that serves the customer's jurisdiction. While we strive to accommodate you at any field office, some services may be limited if you schedule an appointment with an office outside of your jurisdiction. • Do not come earlier than 15 minutes prior to your appointment. • If you need to cancel or reschedule your appointment please visit my.uscis.gov/appointment to manage your appointment.

7827

## What you need to bring

▸ This letter - Print a copy of this appointment letter.

▸ Government photo ID - You can bring your passport, valid driver's license, military ID, U.S. government ID, work permit, or Green Card.

▸ Application documents - Bring all immigration forms, receipts, and any other documents related to your case.

## Additional information

▸ All USCIS offices are handicap accessible. If you need special accommodations, please call the contact center at 800-375-5283 (TDD for the deaf or hard of hearing: 1-800-767-1833.)

▸ Bring a translator if you need someone to help with translation.