United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Kevin Tellado, Plaintiff )<br>)<br>v. )<br>)<br>William Barr and others, )<br>Defendants ) | Civil Action No. 19-21660-Civ-Scola |

## Order of Dismissal

The Plaintiff has filed a notice of voluntary dismissal and informed the Court that this case is now moot. (ECF No. 18.) The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on September 17, 2019.

Robert N. Scola, Jr.
United States District Judge